NICHOLSON v. KILLENS

No. 497P94

Case below: 115 N.C.App. 552

Motion by defendant for temporary stay allowed 11 October 1994 pending receipt and determination of the State petition for discretionary review.

SEXTON v. FLAHERTY

No. 472A94

Case below: 115 N.C.App. 613

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule (16)b as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 2 November 1994.

SPIVEY v. LOWERY

No. 491P94

Case below: 116 N.C.App. 124

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 November 1994.

STATE v. CONNOR

No. 423P94

Case below: 115 N.C.App. 568

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 November 1994.

STATE v. GAHREN

No. 490P94

Case below: 116 N.C.App. 361

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 November 1994.